# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0406
Lower Tribunal No. 2018-CF-012230-A-O

_____

JORGE VEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Tina L. Caraballo, Judge.

July 14, 2026

PER CURIAM.

AFFIRMED.

STARGEL, BROWNLEE and PRATT, JJ., concur.


Jorge Vega, Perry, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED